# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 519 MAL 2017 |
| | : | |
| Respondent | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the **Published Opinion and** |
| v. | : | **Order** of the Superior Court at No. |
| | : | 2509 EDA 2016, at 167 A.3d 46 |
| | : | (Pa. Super. 2017) entered on July 7, |
| MAXWELL LIAM DOLAN, | : | 2017, **reversing and remanding** |
| | : | the Order of the Bucks County Court |
| Petitioner | : | of Common Pleas at No. CP-09-CR- |
| | : | 0000742-2016 entered on March 4, |
| | : | 2016 |

## <u>ORDER</u>

**PER CURIAM**                                          DECIDED:  August 20, 2020

**AND NOW**, this 20th day of August, 2020, the Petition for Allowance of Appeal is **GRANTED**, and the order of the Superior Court is **REVERSED**.  *See Commonwealth v. McClelland*, 2020 WL 4092109 (Pa. July 21, 2020).